UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LORENZO HARRIS,

                    Plaintiff,

         v.

KING COUNTY,

                    Defendant.

CASE NO. **2:26-cv-00497-LK**

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 3**

The Court **GRANTS** the application to proceed in forma pauperis (Dkt. 3) and recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before a summons is issued.

The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 25th day of February, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS, DKT. 3 - 1